01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,            )    CASE NO.  CR04-005-JCC
                                        )
09        Plaintiff,                    )
                                        )
10   v.                                 )    SUMMARY REPORT OF U.S.
                                        )    MAGISTRATE JUDGE AS TO
11 WILLIAM JOSEPH REVEY,                )    ALLEGED VIOLATIONS
                                        )    OF SUPERVISED RELEASE
12        Defendant.                    )
   _____ )

13

14        An initial hearing on supervised release revocation in this case was scheduled before me

15 on May 10, 2007.  The United States was represented by AUSA Todd Greenberg and the

16 defendant by Howard Ratner.  The proceedings were digitally recorded.

17        Defendant had been sentenced on or about June 25, 2004 by the Honorable John C.

18 Coughenour on a charge of Assault Resulting in Serious Bodily Injury, Theft of Personal Property

19 Over $1,000, and Burglary in the Second Degree, and sentenced to 46 months custody, 3 years

20 supervised release.

21        The conditions of supervised release included the standard conditions plus the requirements

22 that defendant be prohibited from possessing a firearm, submit to mandatory drug testing and

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 treatment, abstain from alcohol, submit to search, participate in mental health treatment, pay

02 restitution in the amount of $391.96 and provide access to financial information.  (Dkt.47.)

03      In an application dated April 26, 2007 (Dkt. 85 ), U.S. Probation Officer Jerrod Akins

04 alleged the following violations of the conditions of supervised release:

05      1.      Consuming alcohol on April 21, 2007 in violation of the special condition that he

06 abstain from the use of alcohol and/or other intoxicants during the term of supervision.

07      2.      Committing the crime of trespass on April 21, 2007 in violation of the general

08 condition that he not commit another federal, state or local crime.

09      3.      Failing to report contact with law enforcement within 72 hours, in violation of

10 standard condition no. 11.

11      Defendant was advised in full as to those charges and as to his constitutional rights.

12      Defendant admitted the alleged violations and waived any evidentiary hearing as to

13 whether they occurred.

14      I therefore recommend the Court find defendant violated his supervised release as alleged,

15 and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

16 set before Judge Coughenour.

17      Pending a final determination by the Court, defendant has been detained.

18      DATED this 10th day of May, 2007.

19

20      Mary Alice Theiler
        United States Magistrate Judge

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01

cc:    District Judge:         Honorable John C. Coughenour
         AUSA:                Todd Greenberg
02      Defendant's attorney:   Howard Ratner
         Probation officer:      Jerrod Akins

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3