UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR04-005-JCC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| WILLIAM JOSEPH REVEY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on June 4, 2008.  The United States was represented by AUSA Karyn S. Johnson and the defendant by Howard Ratner.  The proceedings were digitally recorded.

Defendant had been sentenced on or about June 25, 2004 by the Honorable John C. Coughenour on a charge of Assault Resulting in Serious Bodily Injury, Theft of Personal Property Over $1,000, and Burglary in the Second Degree, and sentenced to 46 months custody, 3 years supervised release. (Dkt. 47.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing,

participate in drug treatment and abstain from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $391.96, and provide access to financial information.

On May 10, 2007, defendant admitted to violating the conditions of supervised release by consuming alcohol, committing the crime of trespass, and failing to report contact with law enforcement to his probation officer within 72 hours. (Dkt. 90.) Defendant was sentenced to time served and transferred to reside in a Residential Reentry Center (RRC) for up to 180 days. (Dkt. 96.)

In an application dated November 8, 2007 (Dkt. 98), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1. Consuming cocaine on November 7, 2007, in violation of standard condition 7.

2. Possessing drug paraphernalia on November 7, 2007, in violation of standard condition 7.

3. Failing to successfully complete 180 days in a Residential Reentry Center (RRC), in violation of the special condition that he reside in an RRC as a condition of supervision not to exceed 180 days, or until discharged by the United States Probation Officer.

4. Failing to report as instructed on November 7, 2007, in violation of standard condition 2.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 104.)

I therefore recommend the Court find defendant violated his supervised release as alleged,

and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 4th day of June, 2008.

                                      Mary Alice Theiler
                                      United States Magistrate Judge

cc:    District Judge:         Honorable John C. Coughenour
        AUSA:                Karyn S. Johnson
        Defendant's attorney:   Howard Ratner
        Probation officer:      Jerrod Akin